[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 27, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-11193

_____

D. C. Docket No. 02-61610-CV-WPD

CARMOLITE HYPPOLITE,

Plaintiff-Appellant,

versus

TACO BELL CORP.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(April 27, 2005)

Before DUBINA, PRYOR and RONEY, Circuit Judges.

PER CURIAM:

After a six-day trial, the jury rendered a verdict for defendant Taco Bell on

plaintiff's claims for sexual harassment, retaliation and failure to pay overtime.

The plaintiff appeals, arguing that the district court erred in its instructions to the jury and in granting defendant's motion for judgment as a matter of law on one claim. After full consideration of the briefs, oral argument and the record before us, we find no reversible error in the trial or in the judgment based on the jury's findings and answers to the special interrogatories.

**AFFIRMED.**